

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
**DIVISION OF ENFORCEMENT**
100 F Street, NE
WASHINGTON, DC 20549-1004

|  |  |
|---|---|
| DIVISION OF<br>ENFORCEMENT | Matthew Scarlato<br>Senior Trial Counsel<br>Telephone:  (202) 551-3749<br>scarlatom@sec.gov |

January 22, 2021

<u>**VIA ECF**</u>

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

   Re: *SEC v. Singal*, No. 19-cv-11452-MKV (S.D.N.Y.)

Dear Judge Vyskocil:

  The parties jointly submit this letter motion pursuant to Local Rule 7.1(d) to request a 60-day stay of proceedings in this case. Three of the defendants have submitted signed offers of settlement to the staff of Plaintiff Securities and Exchange Commission ("Commission"). The Commission and the last remaining defendant are very close to finalizing a settlement agreement in principle. Before the parties can submit the settlements to this Court for approval, however, Commission staff must present the settlements in principle to the Commission for formal regulatory approval. While this process is on-going, the parties respectfully submit that a stay of all proceedings would conserve the resources of this Court and the parties.

  Accordingly, the parties respectfully request that this Court stay these proceedings for 60 days. If the parties do not file settlements with the Court by the expiration of the initial 60 days, the parties will file a status report with the Court. A proposed order is attached to this letter motion.

Hon. Mary Kay Vyskocil
January 22, 2021
Page 2

                                                         Respectfully submitted,

| SECURITIES AND EXCHANGE COMMISSION | EISEMAN LEVINE LEHRHAUPT & KAKOYIANNIS, P.C. |
|---|---|
| By:   s/ Matthew Scarlato<br>Matthew Scarlato, Esq.<br>100 F Street, NE<br>Washington, DC 20549<br>202-551-3749<br><br>*Attorney for Plaintiff* | By:   s/ Eric R. Levine<br>Eric R. Levine, Esq.<br>805 Third Avenue<br>New York, New York 10022<br>212-752-1000<br><br>*Attorney for Defendants* |