**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | USDC SDNY |
| | DOCUMENT |
| **Plaintiff,** | ELECTRONICALLY FILED |
| | DOC #:_____ |
| **v.** | DATE FILED: 1/25/2021 |

**No. 1:19-cv-11452-MKV**

**SUNEET SINGAL,**
**FIRST CAPITAL REAL ESTATE TRUST INC.,**
**FIRST CAPITAL REAL ESTATE ADVISORS, LP,**
**and FIRST CAPITAL REAL ESTATE**
**INVESTMENTS, LLC,**

                        **Defendants.**

## ORDER STAYING PROCEEDINGS

The Court, having considered the parties' Joint Letter Motion for a Stay, and finding good cause, HEREBY ORDERS AS FOLLOWS:

All proceedings in this case shall be stayed for 60 days to March 29, 2021, and if settlements have not been filed by that date, the parties shall file a status report with the Court.

**IT IS SO ORDERED**

Dated:  January 25, 2021
          New York, New York

_____
HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE