UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2021

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

    v.

SUNEET SINGAL,
FIRST CAPITAL REAL ESTATE TRUST INC.,
FIRST CAPITAL REAL ESTATE ADVISORS, LP,
and FIRST CAPITAL REAL ESTATE
INVESTMENTS, LLC,

            Defendants.

No. 1:19-cv-11452-MKV

## ORDER STAYING PROCEEDINGS

The Court, having considered the parties' Joint Status Report and Letter Motion for a Stay, and finding good cause, HEREBY ORDERS AS FOLLOWS:

All proceedings in this case shall be stayed until June 1, 2021, and if settlements have not been filed by that date, the parties shall file a status report with the Court.

**IT IS SO ORDERED**

Dated:  March 31, 2021

*Mary Kay Vyskocil*
Mary Kay Vyskocil
UNITED STATES DISTRICT JUDGE